14407.002-A111

**PETER A. DAVIDSON (SBN 76194)**
**MOLDO DAVIDSON FRAIOLI**
**SEROR & SESTANOVICH LLP**
**2029 CENTURY PARK EAST, 21ST FLOOR**
**LOS ANGELES, CALIFORNIA 90067**
**Telephone: (310) 551-3100**
**Facsimile:  (310) 551-0238**
E:mail pdavidson@mdfslaw.com

**Attorneys for Edythe L. Bronston, Receiver**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDYTHE L. BRONSTON, RECEIVER FOR J. W. JAMES & ASSOCIATES; J.W. JAMES BORROWING ENTITY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ELHAM ELLIE HOOSHIARNEJAD aka ELLIE HOOSHIARNEJAD and ELLIE HOOSHIARNEHAD,<br><br>Defendant, | CASE NO.: 8:07-cv-00964-FMC-FFMx<br><br>**JUDGMENT** |

    This matter having come on for Trial before the Court, sitting without a jury, on October 28, 2008; having made certain factual findings, it is hereby Ordered and Adjudged:

    1.    The Court finds in favor of the Defendant and against the Plaintiff. Plaintiff shall recover nothing from the Defendant.

DATED: November 6, 2008

                              */s/ Florence-Marie Cooper*
                              FLORENCE-MARIE COOPER,
                              United States District Court Judge